| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | 1:24-cv-00001 |
|---|---|---|---|
| | Space Exploration Technologies Corp. | | |
| | *versus* | | |
| | National Labor Relations Board, et al | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael E. Kenneally<br>Morgan Lewis & Bockius, LLP<br>1111 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2541<br>(202) 739-3000<br>michael.kenneally@morganlewis.com<br>D.C. Bar 1025767, Massachusetts Bar 681945 |
|---|---|

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __x__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   1/5/2024 | Signed:      /s/ Michael Kenneally |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:         Clerk's signature |

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                                                United States District Judge