UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

Space Exploration Technologies Corp.

*versus*

National Labor Relations Board, et al

| | |
|---|---|
| Lawyer's Name | Michael E. Kenneally |
| Firm | Morgan Lewis & Bockius, LLP |
| Street | 1111 Pennsylvania Ave., N.W. |
| City & Zip Code | Washington, D.C. 20004-2541 |
| Telephone & Email | (202) 739-3000 |
| Licensed: State & Number | michael.kenneally@morganlewis.com |
| Federal Bar & Number | D.C. Bar 1025767, Massachusetts Bar 681945 |

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __x__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/5/2024 | Signed: /s/ Michael Kenneally |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 1/8/2024    Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice.*

Dated: _____          _____
                                                                United States District Judge