| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 24-cv-1 |
|---|---|---|---|
| | Space Exploration Technologies Corp. | | |
| | *versus* | | |
| | National Labor Relations Board, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David P. Boehm<br>National Labor Relations Board<br>1015 Half Street, S.E., Floor 4<br>Washington, D.C. 20003<br>(202) 273-4202  david.boehm@nlrb.gov<br>D.C. 1033755<br>D.D.C. 103755 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: Jan. 5, 2024 | Signed: s/David P. Boehm |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 1/8/2024 | Clerk's signature: [signature] |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge