UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

| Space Exploration Technologies Corp. |
|---|
| *versus* |
| National Labor Relations Board, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael E. Kenneally<br>Morgan Lewis & Bockius, LLP<br>1111 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2541<br>(202) 739-3000<br>michael.kenneally@morganlewis.com<br>D.C. Bar 1025767, Massachusetts Bar 681945 |
|---|---|

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __x__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/5/2024 | Signed: /s/ Michael Kenneally |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 1/8/2024   Clerk's signature _____ |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: January 8, 2024        _____
                                United States District Judge