UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | § § § | |
| Plaintiff, | § § | Civil Action 1:24-cv-00001 |
| v. | § § | |
| NATIONAL LABOR RELATIONS BOARD et al, | § § | |
| Defendants. | | |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney, Benjamin S. Lyles, on behalf of the Defendants appears as attorney-in-charge in this lawsuit.

                                          Respectfully submitted,

                                          ALAMDAR S. HAMDANI
                                          United States Attorney
                                          Southern District of Texas

By:   *s/ Benjamin S. Lyles*
        Benjamin S. Lyles
        Assistant United States Attorney
        S.D. Tex. ID No. 3062156
        State Bar No. 24094808
        1701 W. Bus. Highway 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Benjamin.Lyles@usdoj.gov
        *Attorney-in-Charge for Defendants*

**CERTIFICATE OF SERVICE**

    I, Benjamin S. Lyles, Assistant United States Attorney for the Southern District of Texas, hereby certify that on January 9, 2024, I electronically filed the foregoing using the ECF system which will send notification to all counsel of record.

                            By:    *s/ Benjamin S. Lyles*
                                          Benjamin S. Lyles
                                          Assistant United States Attorney