Case 2:24-cv-01352-CBM-AGR   Document 25   Filed 01/09/24   Page 1 of 1   Page ID #:230

United States District Court
Southern District of Texas
**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

| Space Exploration Technologies Corp. |
|---|
| *versus* |
| National Labor Relations Board, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Harry I. Johnson, III<br>Morgan Lewis & Bockius, LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA  90067<br>(310) 907-1000, harry.johnson@morganlewis.com<br>California Bar 200257 |
|---|---|

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:  1/8/2024 | Signed: | /s/ Harry I. Johnson III |
|---|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated: 1/9/2024  | Clerk's signature  [signature] |

| Order |

This lawyer is admitted *pro hac vice*.

Dated: January 9, 2024　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　United States District Judge