| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

Space Exploration Technologies Corp.

*versus*

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Laurie M. Burgess<br>Burgess Law Offices, P.C.<br>498 Utah Street<br>San Francisco, CA 94110<br>312-320-1718 \| lburgess@burgess-laborlaw.com<br>State Bar of California No. 302270<br>U.S. District Court for the Eastern District of California Bar No. 302270 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Intervenors Scott Beck, Paige Holland-Thielen, Deborah Lawrence, and Tom Moline |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No  ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 1/10/2024 | Signed: | /s/ Laurie M. Burgess |
|---|---|---|---|

The state bar reports that the applicant's status is:   Active

| Dated: 1/11/2024 | Clerk's signature | [signature] |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge