| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

Space Exploration Technologies Corp.

*versus*

National Labor Relations Board, et al

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amanda L. Salz<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Ave., NW<br>Washington, D.C. 20004-2541<br>(202) 739-5689 amanda.salz@morganlewis.com<br>District of Columbia 1671976 |
|---|---|

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/10/2024 | Signed: | /s/ Amanda Salz |
|---|---|---|

| The state bar reports that the applicant's status is: **Active** | | |
|---|---|---|
| Dated: 1/11/2024 | Clerk's signature | *[signature]* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                    United States District Judge