UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No. 24-cv-0001 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                           *s/ Benjamin S. Lyles*
                                           BENJAMIN S. LYLES
                                           *Assistant United States Attorney*
                                           S.D. Tex. ID No. 3062156
                                           State Bar No. 24094808
                                           1701 W. Bus. Highway 83, Suite 600
                                           McAllen, TX 78501
                                           Telephone: (956) 618-8010
                                           Facsimile: (956) 618-8016
                                           E-mail: Benjamin.Lyles@usdoj.gov

*Attorney-in-Charge for Defendants*

Dated this 11th day of January, 2024.