Case 2:24-cv-01352-CBM-AGR   Document 32   Filed 01/11/24   Page 1 of 1   Page ID #:268

United States District Court
Southern District of Texas
**ENTERED**
January 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

| Space Exploration Technologies Corp. |
|---|
| *versus* |
| NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Anne B. Shaver<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, Floor 29<br>San Francisco, CA 94111<br>415-956-1000 \| ashaver@lchb.com<br>State Bar of California No. 255928<br>U.S. District Court for the Central District of California Bar No. 255928 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Intervenors Scott Beck, Paige Holland-Thielen, Deborah Lawrence, and Tom Moline |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/9/2024 | Signed: | /s/ Anne B. Shaver |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 1/10/2024 | Clerk's signature |

### Order

This lawyer is admitted *pro hac vice*.

Dated: January 11, 2024

United States District Judge