United States District Court
Southern District of Texas

**ENTERED**
January 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

Space Exploration Technologies Corp.

*versus*

National Labor Relations Board, et al

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Amanda L. Salz<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Ave., NW<br>Washington, D.C.  20004-2541<br>(202) 739-5689  amanda.salz@morganlewis.com<br>District of Columbia 1671976 |
|---|---|

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/10/2024 | Signed: | /s/ Amanda Salz |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 1/11/2024 | Clerk's signature | /s/ |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: January 11, 2024

_____
United States District Judge