UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | Case No. 24-cv-0001 |

**CERTIFICATE OF CONFERENCE**

I certify that, on January 11, 2024, I emailed Plaintiffs' counsel Catherine Eschbach regarding this motion to seal and file a redacted copy. Catherine Eschbach replied by email on January 12, 2024 and advised that Plaintiff is withholding judgment as to its position on the motion to seal.

<u>S/David P. Boehm</u>
DAVID P. BOEHM
*Trial Attorney*
D.C. Bar No. 1033755 – pro hac vice
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (202) 273-4202
Email: David.Boehm@nlrb.gov

Dated this 12th day of January, 2024.