UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | Case No. 24-cv-0001 |

**(PROPOSED) ORDER**

The Court, having reviewed Defendants' Motion to Seal and to File Redacted Public Copy, has found the motion to be meritorious. Defendants' motion is **HEREBY GRANTED** and Exhibit A to Defendant's Motion to Transfer Venue is **SEALED**.

_____
The Honorable Rolando Olvera
UNITED STATES DISTRICT JUDGE