# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS**

Plaintiff Space Exploration Technologies Corp. ("SpaceX") hereby moves to extend the page limit for SpaceX's motion for a preliminary injunction to 25 pages. There is good cause to grant the motion. The five-page extension is necessary given the complexity of the issues raised by SpaceX's multiple constitutional claims and the need to provide a detailed application of the preliminary injunction factors. Counsel for Defendants have stated that they do not oppose a 25-page extension for this motion but reserve their right to also seek additional pages for their opposition given the complexity and number of issues. Therefore, SpaceX respectfully requests that this Court grant the requested five-page extension.

Dated: January 12, 2024

Respectfully submitted,

By:   *s/ Catherine L. Eschbach*

**MORGAN LEWIS & BOCKIUS LLP**
Catherine L. Eschbach
Attorney-In-Charge
1000 Louisiana Street, Suite 4000
Houston, TX 77002-50006
catherine.eschbach@morganlewis.com
(713) 890-5719

Harry I. Johnson, III (*pro hac vice*)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
(310) 907-1000

Michael E. Kenneally (*pro hac vice*)
Amanda L. Salz (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004-2541
michael.kenneally@morganlewis.com
amanda.salz@morganlewis.com
(202) 739-3000

*Attorneys for Plaintiff Space Exploration Technologies Corporation*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules 7.1(d) and 7.2, I hereby certify that on January 12, 2024, I conferred with counsel for the Defendants via email, who represented that Defendants do not oppose the foregoing motion.

s/ *Catherine L. Eschbach*
Catherine L. Eschbach

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

s/ *Catherine L. Eschbach*
Catherine L. Eschbach
