UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS

Upon consideration of Plaintiff Space Exploration Corp.'s Motion for Leave to Extend Page Limits, it is hereby ordered that the motion is **GRANTED**. Plaintiff may file its motion for a preliminary injunction not to exceed 25 pages.

**SO ORDERED** on January ___, 2024

_____<br>
Rolando Olvera<br>
United States District Judge

1