AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. )<br><br>*Plaintiff(s)*<br>v.<br>NATIONAL LABOR RELATIONS BOARD et al<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00001 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    The United States, by serving the U.S. Attorney for the Southern District of Texas, Alamdar S. Hamdani
    c/o Civil Process Clerk, U.S. Attorney's Office
    1000 Louisiana St., Suite 2300
    Houston, TX 77002

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Catherine Eschbach
    1000 Louisiana Street, Suite 4000
    Houston, TX 77002

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, *Clerk of Court*

Date: January 4, 2024

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The United States by Serving U.S. Attorney for the Southern District of Texas c/o Civil Process Clerk

was received by me on *(date)* 1/5/2024

☑ I personally served the summons on the individual at *(place)* Hand served to Ray Babauta for The United States Civil Process Clerk, U.S. Attorneys Office for by US Attorney for Southern District of Texas @ 1000 Louisiana Suite 2300 Houston Tx 77002 on *(date)* 1-5-2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1-5-2024

*Server's signature*

Eric Silva Salazar
Authorized Private Process Server
PSC# 5938

*Printed name and title*

5910 Rose St. Houston Tx 77007
*Server's address*

Additional information regarding attempted service, etc: