UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | Case No. 24-cv-0001 |

CERTIFICATE OF CONFERENCE

I certify that, on January 16, 2024, I received an email from co-counsel for Defendants to counsel for Plaintiff, Catherine Eschbach, regarding this motion to expedite briefing on Defendants' motion to transfer venue. Also on January 16, 2024, I received a reply from Ms. Eschbach in which SpaceX did not consent to the proposed expedited schedule.

s/David P. Boehm
DAVID P. BOEHM
*Trial Attorney*
D.C. Bar No. 1033755 – pro hac vice
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (202) 273-4202
Email: David.Boehm@nlrb.gov

Dated this 16th day of January, 2024.