## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

SPACE EXPLORATION
TECHNOLOGIES CORP.,

                Plaintiff,

v.

NATIONAL LABOR RELATIONS
BOARD, a federal administrative
agency, JENNIFER ABRUZZO, in
her official capacity as the General
Counsel of the National Labor
Relations Board, LAUREN M.
McFERRAN, in her official capacity
as the Chairman of the National
Labor Relations Board, MARVIN E.
KAPLAN, GWYNNE A. WILCOX,
and DAVID M. PROUTY, in their
official capacities as Board Members
of the National Labor Relations
Board, and JOHN DOE in his
official capacity as an Administrative
Law Judge of the National Labor
Relations Board,

                Defendants.

Case No.  1:24-cv-00001

## [PROPOSED] ORDER GRANTING MOTION TO REDACT

2924144.1

AND NOW, this ____ day of _____, 2024, the Court GRANTS Proposed Intervenors' motion to redact the names of four non-parties from an exhibit to Defendants' motion to transfer venue, for good cause shown pursuant to Federal Rule of Civil Procedure 5.2(e).

Defendants shall promptly file a public version of the exhibit currently filed under seal at ECF 31, redacted in accordance with this Order.

Dated: _____, 2024        _____

                                           Hon. Rolando Olvera
                                           United States District Judge