UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|

| |
|---|
| *versus* |
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: *Grace Powell* (signature) |
|---|---|

| The state bar reports that the applicant's status is:    Active | |
|---|---|
| Dated:   1/18/24 | Clerk's signature    s/Juanita Tabares |

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____      _____
                                                                          United States District Judge