UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

Space Exploration Technologies Corp.

*versus*

National Labor Relations Board, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Brasil Becker<br>National Labor Relations Board<br>1015 Half Street SE, 4th Floor<br>Washington, DC 20003<br>(202) 208 - 2255  daniel.becker@nlrb.gov<br>D.C. 1030989<br>DC Cir. 61930 |

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/17/2024 | Signed: | /s/ Daniel Brasil Becker |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:      Clerk's signature

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____      _____
                                  United States District Judge