| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

| Space Exploration Technologies Corp. |
|---|
| *versus* |
| National Labor Relations Board, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Brasil Becker<br>National Labor Relations Board<br>1015 Half Street SE, 4th Floor<br>Washington, DC 20003<br>(202) 208 - 2255 daniel.becker@nlrb.gov<br>D.C. 1030989<br>DC Cir. 61930 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/17/2024 | Signed: /s/ Daniel Brasil Becker |
|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated: 1/18/24 | Clerk's signature     s/Juanita Tabares |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
                                                                          United States District Judge