# Exhibit A-1



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD
REGION 31
11500 W OLYMPIC BLVD
SUITE 600
Los Angeles, CA 90064-1753

Agency Website: www.nlrb.gov
Telephone: (310) 235-7351
Fax: (310) 235-7420

January 17, 2024

<u>Via E-mail</u>
Harry I. Johnson, III
harry.johnson@morganlewis.com

          Re: Space Exploration Technologies Corp.
             Cases 31-CA-307446, et al.

Dear Mr. Johnson:

  I have carefully considered Respondent Space Exploration Technologies Corp.'s Motion to Extend Time for Filing Its Answer to the Complaint and Motion to Postpone the Hearing (Respondent's Motion), filed on January 12, 2024. Pursuant to Section 102.16 of the National Labor Relations Board's Rules and Regulations, "… upon proper cause shown by any other party, the Regional Director issuing the complaint may extend the hearing date…." Having considered the arguments and information provided in Respondent's Motion, as well as the Charging Party's position, I find that proper cause has not been shown to postpone the hearing date. However, I will grant a one-week extension for the filing of the answer.

  Therefore, Respondent's request to postpone the hearing currently scheduled to begin on March 5, 2024, is denied and the deadline for Respondent to file its answer to the Consolidated Complaint in this matter, issued on January 3, 2024, is extended to January 24, 2024.

               Very truly yours,

               *Mori Rubin*

               MORI RUBIN
               Regional Director

cc: Lauren M. Emery       Matthew A. Harper
   lauren.emery@morganlewis.com  matt.harper@morganlewis.com

   Laurie M. Burgess
   lburgess@burgess-laborlaw.com  Anne B. Shaver
                   ashaver@lchb.com