United States District Court
Southern District of Texas

**ENTERED**
January 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

| Space Exploration Technologies Corp. |
|---|
| *versus* |
| National Labor Relations Board, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Daniel Brasil Becker<br>National Labor Relations Board<br>1015 Half Street SE, 4th Floor<br>Washington, DC 20003<br>(202) 208 - 2255  daniel.becker@nlrb.gov<br>D.C. 1030989<br>DC Cir. 61930 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/17/2024 | Signed: | /s/ Daniel Brasil Becker |
|---|---|---|

| The state bar reports that the applicant's status is:   Active | | |
|---|---|---|
| Dated: 1/18/24 | Clerk's signature | s/Juanita Tabares |

## Order

This lawyer is admitted *pro hac vice*.

Dated: January 18, 2024

_____
United States District Judge