UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SPACE EXPLORATION<br>TECHNOLOGIES CORP.<br>*Plaintiff,*<br><br>v.<br><br>NATIONAL LABOR RELATIONS<br>BOARD, et al,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. **1:24-cv-00001** |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's January 4, 2024 Order (Doc. 10), the undersigned counsel for Defendant National Labor Relations Board, et al, lists the following persons or other entities that are financially interested in this litigation:

1. Space Exploration Technologies Corp., Plaintiff;
2. Catherine Lynn Eschback, Plaintiff's attorney;
3. Harry Isaac Johnson, III, Plaintiff's attorney;
4. Michael E. Kenneally, Plaintiff's attorney;
5. Amanda L. Salz, Plaintiff's attorney;
6. Scott Beck, Proposed Intervenor;
7. Paige Holland-Theilen, Proposed Intervenor;
8. Deborah Lawrence, Proposed Intervenor;
9. Tom Moline, Proposed Intervenor;
10. Unnamed Discharged Employee, Represented in administrative suit by counsel for Proposed Intervenor;
11. Unnamed Discharged Employee, Represented in administrative suit by counsel for Proposed Intervenor;
12. Unnamed Discharged Employee, Represented in administrative suit by counsel for Proposed Intervenor;
13. Unnamed Discharged Employee, Represented in administrative suit by counsel for Proposed Intervenor;
14. Nimish R. Desai, Intervenors' attorney;
15. Anne B. Shaver, Intervenors' attorney;
16. Laurie M. Burgess, Intervenors' attorney;
17. National Labor Relations Board, a federal administrative agency, Defendant;
18. Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board, Defendant;

19. Lauren M. McFerran, in her official capacity as Chairman of the National Labor Relations Board, Defendant;
20. Marvin E. Kaplan, in his official capacity as Board Member of the National Labor Relations Board, Defendant;
21. Gwynne A. Wilcox, in her official capacity as Board Member of the National Labor Relations Board, Defendant;
22. David M. Prouty, in his official capacity as Board Member of the National Labor Relations Board, Defendant;
23. John Doe, in his official capacity as an Administrative Law Judge of the National Labor Relations Board, Defendant;
24. United States of America, appropriates funds for and assumes debts of Defendants.

Pursuant to this Court's January 4, 2024 Order (Doc. 10), the undersigned counsel for Defendant National Labor Relations Board, *et al.*, separately lists the following persons as attorneys of record:

1. Catherine Lynn Eschback, Plaintiff's attorney;
2. Harry Isaac Johnson, III, Plaintiff's attorney;
3. Michael E. Kenneally, Plaintiff's attorney;
4. Amanda L. Salz, Plaintiff's attorney;
5. Nimish R. Desai, Intervenors' attorney;
6. Anne B. Shaver, Intervenors' attorney;
7. Laurie M. Burgess, Intervenors' attorney;
8. Alamdar S. Hamdani, Defendants' attorney;
9. Daniel David Hu, Defendants' attorney;
10. Benjamin S. Lyles, Defendants' attorney;
11. Kevin P. Flanagan, Defendants' attorney;
12. David P. Boehm, Defendants' attorney;
13. Daniel Brasil Becker, Defendants' attorney;
14. Grace L. Pezzella, Defendants' attorney.

DATED: January 19, 2024

Respectfully submitted,

**ALAMDAR S. HAMDAMI**
United States Attorney
Southern District of Texas

By:  *s/ Benjamin S. Lyles*
**BENJAMIN S. LYLES**
Assistant United States Attorney
S.D. Tex. ID No.: 3062156
Texas Bar No. 24094808
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501

                                                     Telephone: (956) 618-8010
                                                     Facsimile: (956) 618-8016
                                                     E-mail: Benjamin.Lyles@usdoj.gov
                                                     Attorney in Charge for Defendants

## CERTIFICATE OF SERVICE

I, Benjamin Lyles, do hereby certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                     *s/ Benjamin S. Lyles*
                                                     **BENJAMIN S. LYLES**
                                                     Assistant United States Attorney