UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | Case No. 24-cv-0001 |

**PROPOSED ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO EXTEND PAGE LIMITS**

Upon consideration of the Parties' Joint Motion for Leave to Extend Page Limits, it is hereby ordered that the motion is **GRANTED**. Defendants may file its response in opposition to Plaintiff's motion for a preliminary injunction not to exceed 35 pages. Plaintiff may thereafter file a reply of no more than 30 pages. Defendants' surreply shall not exceed 20 pages.

**SO ORDERED** on January ___, 2024.

_____
Rolando Olvera
United States District Judge