UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **SPACE EXPLORATION TECHNOLOGIES CORP.,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,**<br><br>    **Defendants.** | Civil Action No. 1:24-cv-00001 |

# [PROPOSED] ORDER DENYING PROPOSED INTERVENORS' MOTION TO INTERVENE

Upon consideration of four former SpaceX employees' (the "Proposed Intervenors") Motion to Intervene, the Court finds that the Proposed Intervenors have failed to satisfy the requirements to intervene as of right under Federal Rule of Civil Procedure 24(a)(2). The Court also finds that the Proposed Intervenors have failed to show that the Court should allow them to intervene permissively under Federal Rule of Civil Procedure 24(b). Finally, the Court finds that the Proposed Intervenors failed to submit a pleading as required by Federal Rule of Civil Procedure 24(c).

For the foregoing reasons, it is hereby ordered that the motion is **DENIED**.

**SO ORDERED** on February ___, 2024

_____
Rolando Olvera
United States District Judge