UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> Defendants. | Case No. 24-cv-0001 |

**JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES**

Defendants respectfully move to extend the page limit for their response in opposition to SpaceX's motion for a preliminary injunction to 35 pages. There is good cause to grant the motion. The additional space is necessary to adequately brief the number and complexity of issues presented, which are highly consequential to law enforcement across government and nationwide. Defendants have attempted to present their arguments in less space but have determined that they will be unable to do so. Plaintiffs requested, and were granted, leave to file a brief of 25 pages, which Defendants did not oppose. Moreover, Defendants were contacted by Pacific Legal Foundation, a nonprofit organization who intends to file an amicus brief in support of Plaintiff's request for a preliminary injunction, which Defendants will also not oppose.

Defendants contacted counsel for SpaceX by email on January 25, 2024, asking for its position and representing that Defendants would not oppose a corresponding expansion of pages for SpaceX's forthcoming reply. Plaintiff has agreed not to oppose this request on the condition that Defendants consent to the parties' receiving an equal total number of pages for briefing the motion. As such, parties have agreed to the following:

1

Defendants' opposition: 35 pages

Plaintiff's reply: 30 pages

Defendants' surreply: 20 pages

Defendants further agree not to seek a further enlargement for their surreply.

Respectfully submitted,

| | |
|---|---|
| By:   s/ *Catherine L. Eschbach* | NATIONAL LABOR RELATIONS BOARD<br>*Contempt, Compliance, and*<br>*Special Litigation Branch* |
| MORGAN LEWIS & BOCKIUS LLP<br>Catherine L. Eschbach Attorney-In-Charge<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5006<br>catherine.eschbach@morganlewis.com<br>(713) 890-5719 | KEVIN P. FLANAGAN<br>*Deputy Assistant General Counsel* |
| Harry I. Johnson, III (pro hac vice)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>harry.johnson@morganlewis.com<br>(310) 907-1000 | DANIEL BRASIL BECKER<br>*Trial Attorney*<br><br>DAVID P. BOEHM<br>*Trial Attorney* |
| Michael E. Kenneally (pro hac vice)<br>Amanda L. Salz (pro hac vice)<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2541<br>michael.kenneally@morganlewis.com<br>amanda.salz@morganlewis.com<br>(202) 739-3000 | s/Grace L. Pezzella<br>GRACE L. PEZZELLA<br>*Trial Attorney*<br>MA Bar No. 709601 – *pro hac vice*<br>1015 Half Street, S.E. - 4th Floor<br>Washington, DC 20003<br>Telephone: (202) 273-0247<br>Email: Grace.Pezzella@nlrb.gov |
| ROERIG, OLIVEIRA & FISHER, L.L.P.<br>David G. Oliveira<br>10225 N. Tenth Street<br>McAllen, TX 78504<br>doliveira@rofllp.com<br>(956) 393-6300 | Dated this 30th day of January, 2024 |

*Attorneys for Plaintiff*
*Space Exploration Technologies Corp.*

ALAMDAR S. HAMDANI
*United States Attorney*
*Southern District of Texas*

BENJAMIN S. LYLES
*Assistant United States Attorney*
S.D. Tex. ID No. 3062156
State Bar No. 24094808
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Benjamin.Lyles@usdoj.gov
*Attorney-in-Charge for Defendants*