UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **SPACE EXPLORATION TECHNOLOGIES CORP.,** | |
| **Plaintiff,** | |
| v. | |
| **NATIONAL LABOR RELATIONS BOARD, et al.,** | Civil Action No. 1:24-cv-00001 |
| **Defendants.** | |

**[PROPOSED] ORDER**

The Motion for Pacific Legal Foundation to File as *Amicus Curiae* in Support of Space Exploration Technologies Corp.'s Motion for a Preliminary Injunction is hereby GRANTED. The Court GRANTS Pacific Legal Foundation *amicus curiae* status and GRANTS its request to file a brief in support of the motion for a preliminary injunction filed by Plaintiff. The Clerk is directed to accept the proposed brief for filing.

**IT IS SO ORDERED.**

SIGNED this ____ day of _____, 2024.

_____
The Honorable Rolando Olvera
United States District Judge
