# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| **SPACE EXPLORATION TECHNOLOGIES CORP.,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,**<br><br>      **Defendants.** | Civil Action No. 1:24-cv-00001 |

## DECLARATION OF GWYNNE SHOTWELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER

Pursuant to 28 U.S.C. § 1746, I, Gwynne Shotwell, declare as follows:

1.      I am the President and Chief Operating Officer at Space Exploration Technologies Corp. ("SpaceX").

2.      My primary place of employment is SpaceX's Rocket Development and Test Facility located in McGregor, Texas.

3.      A true and correct copy of an email I drafted and sent an email to Paige Holland-Thielen on June 15, 2022 is attached as Exhibit A.

4.      A true and correct copy of an email I drafted and sent an email to all SpaceX personnel at all SpaceX facilities, including its Texas facilities, on June 16, 2022 is attached as Exhibit B.

5.      I was located in McGregor, Texas on June 15 and June 16, 2022.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 20, 2024, in Jonesboro, Texas

Gwynne Shotwell

2