# Exhibit E

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

### DECLARATION OF KIMBERLY CHACON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER

Pursuant to 28 U.S.C. § 1746, I, Kimberly Chacon, declare as follows:

1. I am a Human Resources Business Partner at Space Exploration Technologies Corp. ("SpaceX").

2. I am based at SpaceX's Starbase facility in Boca Chica, Texas.

3. I make the following declaration based on my personal knowledge.

4. I am a member of the leadership team for the Starbase Women's Network.

5. I was based at Starbase during the spring and summer of 2022. Over the two-day period of June 15 and 16, 2022, a document styled as an "Open Letter" was distributed via multiple company communication channels to personnel located at Starbase.

6. To address concerns raised and disruption caused by the Open Letter's distribution, the Starbase Women's Network organized an event with Gwynne Shotwell, SpaceX's President and COO. I was among the event's organizers.

7. The event was titled "Q&A with Gwynne with the Women of Starbase" and occurred on Thursday, June 23, 2022.

8. Gwynne Shotwell was physically present at Starbase in Boca Chica, Texas for the event on June 23.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January _30_, 2024, in Brownsville, TX.

*Kimberly Chacon*
Kimberly Chacon

2