UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

**[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C § 1406(a) AND § 1404(a)**

Upon consideration of Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1406(a) and § 1404(a) and the relevant filings and evidence attached thereto, the Court finds that Defendants have failed to show that venue is improper in the Southern District of Texas under 28 U.S.C. § 1391(e)(1) and the motion to transfer venue pursuant to 28 U.S.C. § 1406(a) is **DENIED**. The Court also finds that Defendants failed to show good cause to transfer venue pursuant to 28 U.S.C. § 1404(a), as they have not established based on the evidence and arguments that venue would be clearly more convenient in the Central District of California.

For the foregoing reasons, it is hereby ordered that the motion is **DENIED**.

**SO ORDERED** on February ___, 2024

_____
Rolando Olvera
United States District Judge