UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No.  1:24-cv-00001 |

**PROPOSED INTERVENORS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO INTERVENE AND WITHDRAWAL OF MOTION**

Proposed Intervenors maintain that they meet the standards for intervention as of right and by permission for the reasons set forth in their Motion to Intervene. However, Proposed Intervenors would like to avoid cluttering the docket so that the Court may decide whether venue properly belongs in California as quickly as possible. In light of the fact that, after Proposed Intervenors filed their proposed Motion to Change Venue, the Defendants also filed a Motion to

2936576.3

Change Venue to the Central District of California,[1] and in light of the fact that SpaceX suggests in its opposition that Proposed Intervenors' "appropriate role" is to participate as amici, Proposed Intervenors are prepared to accept a role as amici for the sake of taking a contested motion off the Court's docket. Accordingly, they are concurrently re-submitting their proposed Motion to Change Venue as an amicus brief in support of Defendants' Motion to Change Venue. Counsel for Proposed Intervenors have conferred with counsel for all parties, who confirmed they do not oppose our participation in this matter as amici. Therefore, Proposed Intervenors respectfully withdraw their Motion to Intervene.[2]

Proposed Intervenors note, though, that they provided critical and different facts than the Defendants did regarding venue and strongly urge the Court to consider these materials when addressing venue. Further, and contrary to SpaceX's speculation, the Proposed Intervenors do have relevant argument to provide on the merits, but are willing to do so as amici rather than as a party for the sake of expediency of the Court in deciding the more important issues pending before it.

---

[1] Proposed Intervenors filed their Motion to Intervene and Proposed Motion to Transfer Venue on Monday, January 4. They did not know whether Defendants would also file a motion to transfer venue until Defendants did so on Thursday, January 7.

[2] To be clear, Proposed Intervenors vigorously disagree with the arguments set forth in SpaceX's opposition to the Motion to Intervene. In particular, SpaceX is wrong that Proposed Intervenors offer no unique facts. Actually, they offered facts so critical to this Court's determination of Defendants' pending Motion to Change Venue that Defendants incorporated those facts by reference into its own pleading. *See* Defendants' Motion to Change Venue (ECF 29) at n.7, 16, 79, 87, & 88. SpaceX is also incorrect that Proposed Intervenors were required to file a pleading under Rule 24(c). In fact, the very case that SpaceX cites provides the opposite. *See DeOtte v. State*, 20 F.4th 1055, 1067 n.2 (5th Cir. 2021) (holding that the Fifth Circuit follows a "permissive approach" to Rule 24(c) and "we will not dismiss for failure to comply with Rule 23(c).").

2936576.3

Dated: February 2, 2024         Respectfully submitted,


                                /s/ *Nimish R. Desai*
                                Nimish R. Desai
                                Attorney-in-charge
                                Texas Bar No. 24105238
                                Southern District of Texas Bar No. 3370303
                                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                275 Battery Street, 29th Floor
                                San Francisco, CA 94111-3339
                                Phone: (415) 956-1000
                                Fax: (415) 956-1008
                                ndesai@lchb.com

                                Anne B. Shaver (admitted *pro hac vice*)
                                Of Counsel
                                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                275 Battery Street, 29th Floor
                                San Francisco, CA 94111-3339
                                Phone: (415) 956-1000
                                Fax: (415) 956-1008
                                ashaver@lchb.com

                                Laurie M. Burgess (admitted *pro hac vice*)
                                Of Counsel
                                BURGESS LAW OFFICES, P.C.
                                498 Utah Street
                                San Francisco, CA 94110
                                Phone: (312) 320-1718
                                lburgess@burgess-laborlaw.com


                                *Counsel for Proposed Intervenors*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                     */s/ Nimish R. Desai*
                     Nimish R. Desai