UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | Case No. 1:24-cv-00001 |
| Plaintiff, | |
| v. | |
| NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, | |
| Defendants. | |

**[PROPOSED] ORDER**

2937354.1

- 1 -

The Motion for Charging Parties to File as *Amicus Curiae* in Support of Defendants' Motion to Transfer Venue is hereby GRANTED. The Court GRANTS Charging Parties *amicus curiae* status and GRANTS their request to file a brief in support of the motion to transfer venue filed by Defendants. The Clerk is directed to accept the proposed brief for filing.

**It is so ordered.**

Dated: _____, 2024

　　　　　　　　　　　　　　　　　　Hon. Rolando Olvera
　　　　　　　　　　　　　　　　　　United States District Judge