# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No.  1:24-cv-00001 |

## [PROPOSED] ORDER

2937357.1

- 1 -

The Motion for Charging Parties to File as *Amicus Curiae* in Support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction is hereby GRANTED. The Court GRANTS Charging Parties *amicus curiae* status and GRANTS their request to file a brief in support of the opposition to preliminary injunction filed by Defendants. The Clerk is directed to accept the proposed brief for filing.

**It is so ordered.**

Dated: _____, 2024

                                         Hon. Rolando Olvera
                                         United States District Judge