# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al*., <br><br> Defendants. | Case No. 24-cv-0001 |

## [PROPOSED]
## ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's Motion for a Preliminary Injunction and all relevant filings as to this matter, this Court finds that Plaintiff has failed to meet its burden for such a motion, and it is hereby ordered that the motion is **DENIED**.

**SO ORDERED** on this ____ day of _____, 2024.

_____
Rolando Olvera
United States District Judge