United States District Court
Southern District of Texas
**ENTERED**
February 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No.  1:24-cv-00001 |

**ORDER**

2937357.1

- 1 -

The Motion for Charging Parties to File as *Amicus Curiae* in Support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction is hereby GRANTED. The Court GRANTS Charging Parties *amicus curiae* status and GRANTS their request to file a brief in support of the opposition to preliminary injunction filed by Defendants. The Clerk is directed to accept the proposed brief for filing.

**It is so ordered.**

Dated: February 6, 2024

Hon. Rolando Olvera
United States District Judge

Dated: February 5, 2024  Respectfully submitted,

    /s/ *Anne B. Shaver*

Anne B. Shaver (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
Fax: (415) 956-1008
ashaver@lchb.com

Laurie Burgess (admitted *pro hac vice*)
Burgess Law Offices, P.C.
498 Utah Street
San Francisco, CA 94110
Phone: (312) 320-1718
lburgess@burgess-laborlaw.com

*Counsel for Charging Parties*

Respectfully submitted,

| | |
|---|---|
| ALAMDAR S. HAMDANI<br>*United States Attorney*<br>*Southern District of Texas* | NATIONAL LABOR RELATIONS BOARD<br>*Contempt, Compliance, and*<br>*Special Litigation Branch* |

By:*/s/ Benjamin S. Lyles*
BENJAMIN S. LYLES
*Assistant United States Attorney*
S.D. Tex. ID No. 3062156
State Bar No. 24094808
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Benjamin.Lyles@usdoj.gov
*Attorney-in-Charge for Defendants*

KEVIN P. FLANAGAN
*Deputy Assistant General Counsel*

DANIEL BRASIL BECKER
*Trial Attorney*

DAVID P. BOEHM
*Trial Attorney*

GRACE L. PEZZELLA
*Trial Attorney*
MA Bar No. 709601 – *pro hac vice*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (202) 273-0247
Email: Grace.Pezzella@nlrb.gov

- 3 -

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.  
David G. Oliveira  
10225 N. Tenth Street  
McAllen, TX 78504  
doliveira@rofllp.com  
(956) 393-6300

By: s/*Catherine L. Eschbach*

MORGAN LEWIS & BOCKIUS LLP  
Catherine L. Eschbach  
Attorney-In-Charge  
1000 Louisiana Street, Suite 4000  
Houston, TX 77002-5006  
catherine.eschbach@morganlewis.com  
(713) 890-5719

Harry I. Johnson, III (pro hac vice)  
2049 Century Park East, Suite 700  
Los Angeles, CA 90067-3109  
harry.johnson@morganlewis.com  
(310) 907-1000

Michael E. Kenneally (pro hac vice)  
Amanda L. Salz (pro hac vice)  
1111 Pennsylvania Avenue, N.W.  
Washington, DC 20004-2541  
michael.kenneally@morganlewis.com  
amanda.salz@morganlewis.com  
(202) 739-3000

*Attorneys for Plaintiff*  
*Space Exploration Technologies Corp.*

2937357.1