EXHIBIT B



Berlin, Germany to Los Angeles, California

 Berlin, Germany—Los Angeles, CA

Connecting 1 or more stops        14 hr 25 min+
Round trip price, Feb 24 – 28          from $674
KLM, Delta, British Airways…

See results on Google Flights

Explore Los Angeles

 Restaurants     Hotels     Bars     Coffee     More

# EXHIBIT B



 Berlin, Germany—Brownsville, TX
  Connecting 2 or more stops          17 hr 10 min+
  Round trip price, Feb 24 – 28       from $973
  American, British Airways, United…

  See results on Google Flights

## Explore Brownsville

 Restaurants     Hotels     Bars     Coffee     More

# EXHIBIT B



Raleigh, North Carolina to Los Angeles, California

✈ **Raleigh, NC—Los Angeles, CA**
Nonstop (1–2 per day)			5 hr 50 min
Connecting				7 hr 5 min+
Round trip price, Feb 24 – 28		from $223
Spirit, American, United…

↗ See results on Google Flights

## Explore Los Angeles

 Restaurants    Hotels    Bars    Coffee    More

# EXHIBIT B



Raleigh, North Carolina to Brownsville, Texas

 **Raleigh, NC—Brownsville, TX**
Connecting 1 or more stops   5 hr 45 min+
Round trip price, Feb 24 – 28   from $378
American, United…

See results on Google Flights

## Explore Brownsville

 Restaurants    Hotels    Bars    Coffee    More