# Exhibit A-1

| | |
|---|---|
| **From:** | Lee, Vanise J. <Vanise.Lee@nlrb.gov> |
| **Sent:** | Wednesday, February 7, 2024 11:45 AM |
| **To:** | Johnson, III, Harry I.; Ta, Lynn; Dagdagan, Marissa; lburgess@burgess-laborlaw.com; Ring, John F.; ashaver@lchb.com; Harper, Matthew A.; Van Horn, Julia |
| **Cc:** | Lee, Vanise J.; DiCrocco, Brian |
| **Subject:** | RE: Judge's pretrial teleconference 2/12 at 2 p.m. PST in 31-CA-307446, et al., Space Exploration Technologies Corp. |
| **Importance:** | High |

[EXTERNAL EMAIL]

> **CAUTION:** This email and any attachments may contain Controlled Unclassified Information (CUI). National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.

Good morning, Counsel,

Judge Sharon L. Steckler will conduct the pretrial teleconference <u>Monday, February 12, 2024 at 2 p.m. PST via Outlook Teams</u>. You will receive Outlook Teams calendar event with the teleconference information.

For your information, the Division of Judges does not give judicial notice of assignments to the parties.

Best regards,

*Vanise J. Lee,*
*Admin. Support Specialist/Office Manager*
*NLRB Division of Judges*
*1301 Clay Street, Ste., 1550 South*
*Oakland, California*
*Direct – 628.221.8826*

*"Knowledge will forever govern ignorance: And a people who mean to be their own Governors, must arm themselves with the power which knowledge gives." – James Madison.*

---

**From:** Johnson, III, Harry I. <harry.johnson@morganlewis.com>
**Sent:** Wednesday, February 7, 2024 9:04 AM
**To:** Ta, Lynn <Lynn.Ta@nlrb.gov>; Dagdagan, Marissa <Marissa.Dagdagan@nlrb.gov>; lburgess@burgess-laborlaw.com; Lee, Vanise J. <Vanise.Lee@nlrb.gov>
**Cc:** Ring, John F. <john.ring@morganlewis.com>; ashaver@lchb.com; Harper, Matthew A. <matt.harper@morganlewis.com>; Van Horn, Julia <Julia.VanHorn@nlrb.gov>
**Subject:** RE: Judge's pretrial teleconference this week in 31-CA-307446, et al., Space Exploration Technologies Corp.

John Ring and I are available in the below time frame 2-3 PT Monday, and 1-4 PT Tuesday.

We have received no notice of the judicial assignment and we have a petition to revoke due this week, so it would be helpful to know who the judge is.  Thank you very much.

**Harry I. Johnson III**
**Morgan, Lewis & Bockius LLP**
2049 Century Park East, Suite 700 | Los Angeles, CA 90067
Direct: +1.310.255.9005 | Main: +1.310.907.1000 | Fax: +1.310.907.1001
Assistant: Joyce Marie McCosco | +1.714.830.0690 | joyce.mccosco@morganlewis.com

300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7486 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
harry.johnson@morganlewis.com | www.morganlewis.com



**From:** Ta, Lynn <Lynn.Ta@nlrb.gov>
**Sent:** Wednesday, February 7, 2024 8:58 AM
**To:** Dagdagan, Marissa <Marissa.Dagdagan@nlrb.gov>; lburgess@burgess-laborlaw.com; Lee, Vanise J. <Vanise.Lee@nlrb.gov>
**Cc:** Ring, John F. <john.ring@morganlewis.com>; Johnson, III, Harry I. <harry.johnson@morganlewis.com>; ashaver@lchb.com; Harper, Matthew A. <matt.harper@morganlewis.com>; Van Horn, Julia <Julia.VanHorn@nlrb.gov>
**Subject:** RE: Judge's pretrial teleconference this week in 31-CA-307446, et al., Space Exploration Technologies Corp.

[EXTERNAL EMAIL]

> **CAUTION:** This email and any attachments may contain Controlled Unclassified Information (CUI). National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.

I am available at those times as well.

-------------------
Lynn Ta (she/they)
Counsel for the General Counsel
National Labor Relations Board, Region 31
11500 W. Olympic Blvd., Suite 600

Los Angeles, California 90064
lynn.ta@nlrb.gov
Direct: (310) 307-7317
Main: (310) 235-7351
Fax: (310) 235-7420

**PLEASE NOTE:** The NLRB now requires all parties to file all case-related documents electronically through our E-file System (See Frequently Asked Questions; E-filing User-Guide; Live Demo; and e-filing@nlrb.gov for e-filing assistance).

---

**From:** Dagdagan, Marissa <Marissa.Dagdagan@nlrb.gov>
**Sent:** Wednesday, February 7, 2024 8:53 AM
**To:** lburgess@burgess-laborlaw.com; Lee, Vanise J. <Vanise.Lee@nlrb.gov>
**Cc:** john.ring@morganlewis.com; Johnson, III, Harry I. <harry.johnson@morganlewis.com>; ashaver@lchb.com; matt.harper@morganlewis.com; Ta, Lynn <Lynn.Ta@nlrb.gov>; Van Horn, Julia <Julia.VanHorn@nlrb.gov>
**Subject:** RE: Judge's pretrial teleconference this week in 31-CA-307446, et al., Space Exploration Technologies Corp.

Good morning,

I'm available the times proposed by Charging Party counsel: Monday Feb 12 from 9:00 - 3:00 and Tuesday Feb. 13 from 1:00 - 4:00.  I've added a third CGC, Julia Van Horn, to this distribution list.

**Marissa Dagdagan**
Counsel for the General Counsel
National Labor Relations Board - Region 31
11500 W. Olympic Blvd., Suite 600
Los Angeles, CA 90064
Direct: 310/307-7330 | Fax: 310/235-7420
marissa.dagdagan@nlrb.gov

---

**From:** l burgess <lburgess@burgess-laborlaw.com>
**Sent:** Wednesday, February 7, 2024 8:46 AM
**To:** Lee, Vanise J. <Vanise.Lee@nlrb.gov>
**Cc:** john.ring@morganlewis.com; Johnson, III, Harry I. <harry.johnson@morganlewis.com>; ashaver@lchb.com; matt.harper@morganlewis.com; Dagdagan, Marissa <Marissa.Dagdagan@nlrb.gov>; Ta, Lynn <Lynn.Ta@nlrb.gov>
**Subject:** Re: Judge's pretrial teleconference this week in 31-CA-307446, et al., Space Exploration Technologies Corp.

Both counsel for Charging Parties (Laurie Burgess and Anne Shaver) are available Monday Feb 12 from 9:00 - 3:00 and Tuesday Feb. 13 from 1:00 - 4:00.  Thank you!


Laurie M. Burgess, Attorney
(312) 320-1718 (cell)


This communication, along with any attachments and contents, is the property of attorney Laurie M. Burgess and may contain legally privileged and confidential information for the exclusive and confidential use of the intended recipient.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained or attached to this communication is strictly prohibited.  If you have received this in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.  We do not waive attorney-client or work product privilege by the transmission of this message.


On Wed, Feb 7, 2024 at 8:10 AM Lee, Vanise J. <Vanise.Lee@nlrb.gov> wrote:

> **CAUTION:** This email and any attachments may contain Controlled Unclassified Information (CUI). National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.
>
> Good morning,
>
> Please reply to all with your availability for the Judge's prehearing teleconference this week.  The Judge is available from 9 a.m. until 4 p.m. (PST) except, Wednesday. 2/8 the Judge is available 9 a.m. until 1 p.m.  The Judge has some limited availability next week, 9 a.m. until 4 p.m., Monday, 2/12 and Tuesday, 2/13 from 1 p.m. until 4 p.m., (PST).
>
> Thank you.
>
> *Vanise J. Lee,*
>
> *Admin. Support Specialist/Office Manager*
>
> *NLRB Division of Judges*
>
> *1301 Clay Street, Ste., 1550 South*
>
> *Oakland, California*
>
> *Direct – 628.221.8826*
>
> *"Knowledge will forever govern ignorance: And a people who mean to be their own Governors, must arm themselves with the power which knowledge gives." – James Madison.*

Please be aware that this email may be subject to public disclosure under the Freedom of Information Act or other authorities, though exceptions may apply for certain case-related information, personal privacy, and other matters.