# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Brownsville)
# CIVIL DOCKET FOR CASE #: 1:24–cv–00001

Space Exploration Technologies Corp. v. National Labor Relations Board et al **DO NOT DOCKET. Case transferred to the Central District of California.**
Assigned to: Judge Rolando Olvera
Cause: 28:2201 Declaratory Judgment

Date Filed: 01/04/2024
Date Terminated: 02/15/2024
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Space Exploration Technologies Corp.**     represented by     **Catherine Lynn Eschbach**
Morgan Lewis Bockius LLP
1000 Louisiana St.
Suite 4000
Houston, TX 77002
713–890–5719
Email: catherine.eschbach@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David George Oliveira**
Roerig, Oliveira & Fisher, LLP
10225 N. 10th Street
McAllen, TX 78504
956–393–6300
Fax: 956–386–1625
Email: doliveira@rofllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda L. Salz**
Morgan, Lewis & Bockius LLP – DC Office
1111 Pennsylvania Avenue NW
Washington, DC 20004
202–739–3000
Fax: 202–739–3001
Email: amanda.salz@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Harry Isaac Johnson , III**
Morgan Lewis
2049 Century Park East
Suite 700
Los Angeles, CA 90067–3109
310–255–9005
Fax: 310–907–1001
Email: harry.johnson@morganlewis.com
*PRO HAC VICE*

                    *ATTORNEY TO BE NOTICED*

**Michael E Kenneally**
Morgan, Lewis & Bockius LLP – DC Office
1111 Pennsylvania Avenue, NW
Washington, DC 20004–2541
202–739–5893
Email: michael.kenneally@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Labor Relations Board**  represented by  **Benjamin Storey Lyles**
*a federal administrative agency*  DOJ–USAO
U.S. Department of Justice
1701 US–83
McAllen, TX 78501
956–992–9405
Email: benjamin.lyles@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P. Boehm**
National Labor Relations Board
Contempt, Compliance and Special Litigation Branch
1015 Half St SE
Ste 4th Floor
Washington, DC 20003
202–273–4202
Email: david.boehm@nlrb.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Brasil Becker**
National Labor Relations Board
Contempt, Compliance & Special Litigation Branch
1015 Half Street, SE
Ste 4th Floor
Washington, DC 20003
202–208–2255
Fax: 202–273–4244
Email: daniel.becker@nlrb.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grace L. Pezzella**
National Labor Relations Board
1015 Half St SE

          Floor 4
          Washington, DC 20003
          202−273−0247
          Email: grace.pezzella@nlrb.gov
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Abruzzo**
*in her official capacity as the General Counsel of the National Labor Relations Board*

represented by **Benjamin Storey Lyles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P. Boehm**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Brasil Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grace L. Pezzella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lauren M McFerran**
*in her official capacity as the Chairman of the National Labor Relations Board*

represented by **Benjamin Storey Lyles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P. Boehm**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Brasil Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grace L. Pezzella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marvin E Kaplan**
*in his official capacity as a Board Member of the National Labor Relations Board*

represented by **Benjamin Storey Lyles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | **David P. Boehm** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Daniel Brasil Becker** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Grace L. Pezzella** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| **Gwynne A Wilcox** <br> *in her official capacity as a Board Member of the National Labor Relations Board* | represented by | **Benjamin Storey Lyles** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **David P. Boehm** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Daniel Brasil Becker** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Grace L. Pezzella** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| **David M Prouty** <br> *in his official capacity as a Board Member of the National Labor Relations Board* | represented by | **Benjamin Storey Lyles** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **David P. Boehm** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Daniel Brasil Becker** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

|  |  |
|---|---|
|  | **Grace L. Pezzella**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **John Doe**<br>*in his official capacity as an Administrative Law Judge of the National Labor Relations Board* | represented by | **Benjamin Storey Lyles**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David P. Boehm**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Brasil Becker**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Grace L. Pezzella**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Tom Moline** | represented by | **Laurie Burgess**<br>Burgess Law Offices<br>498 Utah Street<br>San Francisco, CA 94110<br>312–320–1718<br>Email: lburgess@burgess−laborlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anne Shaver**<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery St., 29th fl<br>San Francisco, CA 94111<br>415–956–1000<br>Email: ashaver@lchb.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Nimish Ramesh Desai**<br>Lieff Cabraser et al<br>275 Battery St<br>29th Floor<br>San Francisco, CA 94111<br>415–956–1000<br>Email: ndesai@lchb.com<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

**Deborah Lawrence** represented by **Laurie Burgess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Shaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nimish Ramesh Desai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Scott Beck** represented by **Laurie Burgess**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Shaver**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nimish Ramesh Desai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Paige Holland–Thielen** represented by **Laurie Burgess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Shaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nimish Ramesh Desai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Pacific Legal Foundation** represented by **Joshua Martin Robbins**
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
202–945–9524
Email: jrobbins@pacificlegal.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2024 | Ï 1 | COMPLAINT against All Defendants (Filing fee $ 405 receipt number ATXSDC−31008671) filed by Space Exploration Technologies Corp.. (Attachments: # 1 Civil Cover Sheet)(Eschbach, Catherine) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 2 | CORPORATE DISCLOSURE STATEMENT by Space Exploration Technologies Corp., filed.(Eschbach, Catherine) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 3 | Request for Issuance of Summons as to Lauren M McFerran, filed.(Eschbach, Catherine) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 4 | Request for Issuance of Summons as to David M Prouty, filed.(Eschbach, Catherine) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 5 | Request for Issuance of Summons as to Jennifer Abruzzo, filed.(Eschbach, Catherine) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 6 | Request for Issuance of Summons as to Gwynne A Wilcox, filed.(Eschbach, Catherine) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 7 | Request for Issuance of Summons as to Marvin E Kaplan, filed.(Eschbach, Catherine) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 8 | Request for Issuance of Summons as to National Labor Relations Board, U.S. Attorney Alamdar S. Hamdani, filed.(Eschbach, Catherine) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 9 | Summons Issued as to 1.) Jennifer Abruzzo, 2.) Marvin E Kaplan, 3.) Lauren M McFerran, 4.) David M Prouty, 5.) Gwynne A Wilcox, 6.) U.S. Attorney. Issued summons delivered to plaintiff by NEF, filed.(JenniferLongoria, 1) (Entered: 01/04/2024) |
| 01/04/2024 | Ï 10 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 5/14/2024 at 02:00 PM in Courtroom 4 before Judge Rolando Olvera(Signed by Judge Rolando Olvera) Parties notified.(JenniferLongoria, 1) (Entered: 01/04/2024) |
| 01/05/2024 | Ï 11 | MOTION to Appear Pro Hac Vice for Michael E. Kenneally (Fee Paid: $100, receipt number ATXSDC−31015140) by Space Exploration Technologies Corp., filed. Motion Docket Date 1/26/2024. (Kenneally, Michael) (Additional attachment(s) added on 1/8/2024: # 1 Verified status for Motion Pro Hac Vice) (SaraCelis, 1). (Entered: 01/05/2024) |
| 01/05/2024 | Ï 12 | MOTION to Appear Pro Hac Vice for David P. Boehm (Fee Exempt) by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. Motion Docket Date 1/26/2024. (Boehm, David) (Additional attachment(s) added on 1/8/2024: # 1 Verified status for Motion Pro Hac Vice) (SaraCelis, 1). Modified on 1/8/2024 (SaraCelis, 1). (Entered: 01/05/2024) |
| 01/05/2024 | Ï 13 | **This entry is a duplicate of document # 12 (and has been terminated).** MOTION to Appear Pro Hac Vice for David P. Boehm (Fee Exempt) by Gwynne A Wilcox, filed. Motion Docket Date 1/26/2024. (Boehm, David) Modified on 1/8/2024 (SaraCelis, 1). (Entered: 01/05/2024) |
| 01/08/2024 | Ï 14 | ORDER granting 11 Motion for Michael E. Kenneally to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 01/08/2024) |

| | | |
|---|---|---|
| 01/08/2024 | 15 | ORDER granting 12 Motion for David P. Boehm to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 01/08/2024) |
| 01/08/2024 | 16 | MOTION to Appear Pro Hac Vice for Harry I. Johnson, III (Fee Paid: $100, receipt number ATXSDC−31025772) by Space Exploration Technologies Corp., filed. Motion Docket Date 1/29/2024. (Johnson, Harry) (Additional attachment(s) added on 1/9/2024: # 1 verified status for Motion Pro Hac Vice) (SaraCelis, 1). (Attachment 1 replaced on 1/9/2024) (SaraCelis, 1). (Entered: 01/08/2024) |
| 01/08/2024 | 17 | MOTION to Intervene by Tom Moline, Deborah Lawrence, Scott Beck, Paige Holland−Thielen, filed. Motion Docket Date 1/29/2024. (Desai, Nimish) (Entered: 01/08/2024) |
| 01/08/2024 | 18 | DECLARATION of Laurie Burgess re: 17 MOTION to Intervene, filed. (Attachments: # 1 Exhibit A Proposed Motion to Transfer Venue, # 2 Exhibit B Copy of SpaceX Motion to Intervene)(Desai, Nimish) (Entered: 01/08/2024) |
| 01/08/2024 | 19 | DECLARATION of TOM MOLINE re: 17 MOTION to Intervene, filed. (Attachments: # 1 Exhibit A NLRB Charges, # 2 Exhibit B NLRB Complaint)(Desai, Nimish) (Entered: 01/08/2024) |
| 01/08/2024 | 20 | DECLARATION of SCOTT BECK re: 17 MOTION to Intervene, filed.(Desai, Nimish) (Entered: 01/08/2024) |
| 01/08/2024 | 21 | DECLARATION of DEBORAH LAWRENCE re: 17 MOTION to Intervene, filed.(Desai, Nimish) (Entered: 01/08/2024) |
| 01/08/2024 | 22 | DECLARATION of PAIGE HOLLAND−THIELEN re: 17 MOTION to Intervene, filed.(Desai, Nimish) (Entered: 01/08/2024) |
| 01/08/2024 | 23 | PROPOSED ORDER *GRANTING MOTION TO INTERVENE* re: 17 MOTION to Intervene, filed.(Desai, Nimish) (Entered: 01/08/2024) |
| 01/09/2024 | 24 | NOTICE of Appearance by Benjamin S. Lyles on behalf of Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. (Lyles, Benjamin) (Entered: 01/09/2024) |
| 01/09/2024 | 25 | ORDER regarding 16 Motion for Harry I. Johnson, III to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Rolando Olvera) Parties notified.(MaricelaPerez, 1) (Entered: 01/09/2024) |
| 01/09/2024 | 26 | MOTION to Appear Pro Hac Vice for Anne B. Shaver (Fee Paid: $100, receipt number ATXSDC−31030665) by Scott Beck, Paige Holland−Thielen, Deborah Lawrence, Tom Moline, filed. Motion Docket Date 1/30/2024. (Shaver, Anne) (Additional attachment(s) added on 1/10/2024: # 1 verified status for Motion Pro Hac Vice) (SaraCelis, 1). (Entered: 01/09/2024) |
| 01/10/2024 | 27 | MOTION to Appear Pro Hac Vice for Laurie M. Burgess (Fee Paid: $100, receipt number ATXSDC−31037931) by Scott Beck, Paige Holland−Thielen, Deborah Lawrence, Tom Moline, filed. Motion Docket Date 1/31/2024. (Burgess, Laurie) (Additional attachment(s) added on 1/11/2024: # 1 verified status for Motion Pro Hac Vice) (SaraCelis, 1). (Entered: 01/10/2024) |
| 01/10/2024 | 28 | MOTION to Appear Pro Hac Vice for Amanda L. Salz (Fee Paid: $100, receipt number ATXSDC−31038222) by Space Exploration Technologies Corp., filed. Motion Docket Date 1/31/2024. (Salz, Amanda) (Additional attachment(s) added on 1/11/2024: # 1 verified status for Motion Pro Hac Vice) (SaraCelis, 1). (Entered: 01/10/2024) |
| 01/11/2024 | 29 | MOTION OF DEFENDANTS TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) AND § 1404(a) AND BRIEF IN SUPPORT by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. |

| | | |
|---|---|---|
| | | Motion Docket Date 2/1/2024. (Attachments: # 1 Continuation Certificate of Conference, # 2 Continuation Certicate of Service)(Lyles, Benjamin) (Entered: 01/11/2024) |
| 01/11/2024 | 30 | PROPOSED ORDER re: 29 MOTION OF DEFENDANTS TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) AND § 1404(a) AND BRIEF IN SUPPORT, filed.(Lyles, Benjamin) (Entered: 01/11/2024) |
| 01/11/2024 | 31 | SEALED EXHIBITS re: 29 MOTION OF DEFENDANTS TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) AND § 1404(a) AND BRIEF IN SUPPORT by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. (Lyles, Benjamin) (Entered: 01/11/2024) |
| 01/11/2024 | 32 | ORDER granting 26 Motion for Anne B. Shaver to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 01/11/2024) |
| 01/11/2024 | 33 | ORDER granting 27 Motion for Laurie M. Burgess to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 01/11/2024) |
| 01/11/2024 | 34 | ORDER granting 28 Motion for Amanda L. Salz to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 01/11/2024) |
| 01/12/2024 | 35 | MOTION to Seal AND TO FILE REDACTED PUBLIC COPY AND BRIEF IN SUPPORT by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. Motion Docket Date 2/2/2024. (Attachments: # 1 Continuation CERTIFICATE OF CONFERENCE, # 2 Continuation CERTIFICATE OF SERVICE, # 3 Proposed Order)(Lyles, Benjamin) (Entered: 01/12/2024) |
| 01/12/2024 | 36 | Unopposed MOTION for Leave to File Excess Pages by Space Exploration Technologies Corp., filed. Motion Docket Date 2/2/2024. (Attachments: # 1 Proposed Order)(Eschbach, Catherine) (Entered: 01/12/2024) |
| 01/12/2024 | 37 | MOTION for Preliminary Injunction by Space Exploration Technologies Corp., filed. Motion Docket Date 2/2/2024. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B−1, # 4 Exhibit B−2, # 5 Proposed Order)(Eschbach, Catherine) (Entered: 01/12/2024) |
| 01/16/2024 | 38 | RETURN of Service of SUMMONS Executed as to National Labor Relations Board served on 1/5/2024, answer due 3/5/2024, filed.(Eschbach, Catherine) (Entered: 01/16/2024) |
| 01/16/2024 | 39 | RETURN of Service of SUMMONS Executed as to David M Prouty served on 1/5/2024, answer due 3/5/2024, filed.(Eschbach, Catherine) (Entered: 01/16/2024) |
| 01/16/2024 | 40 | RETURN of Service of SUMMONS Executed as to Gwynne A Wilcox served on 1/5/2024, answer due 3/5/2024, filed.(Eschbach, Catherine) (Entered: 01/16/2024) |
| 01/16/2024 | 41 | RETURN of Service of SUMMONS Executed as to Jennifer Abruzzo served on 1/5/2024, answer due 3/5/2024, filed.(Eschbach, Catherine) (Entered: 01/16/2024) |
| 01/16/2024 | 42 | RETURN of Service of SUMMONS Executed as to Lauren M McFerran served on 1/5/2024, answer due 3/5/2024, filed.(Eschbach, Catherine) (Entered: 01/16/2024) |
| 01/16/2024 | 43 | RETURN of Service of SUMMONS Executed as to Marvin E Kaplan served on 1/5/2024, answer due 3/5/2024, filed.(Eschbach, Catherine) (Entered: 01/16/2024) |
| 01/16/2024 | 44 | MOTION to Expedite Motion to Transfer [ECF No. 29] by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A |

| | | |
|---|---|---|
| | | Wilcox, filed. Motion Docket Date 2/6/2024. (Attachments: # 1 Proposed Order Proposed Order, # 2 Judge's Procedures Certificate of Conference, # 3 Affidavit Certificate of service)(Boehm, David) (Entered: 01/16/2024) |
| 01/17/2024 | 45 | Unopposed MOTION for Leave to File Excess Pages by Space Exploration Technologies Corp., filed. Motion Docket Date 2/7/2024. (Attachments: # 1 Proposed Order)(Eschbach, Catherine) (Entered: 01/17/2024) |
| 01/17/2024 | 46 | MOTION for Protective Order by Scott Beck, Paige Holland–Thielen, Deborah Lawrence, Tom Moline, filed. Motion Docket Date 2/7/2024. (Attachments: # 1 Proposed Order Granting Motion to Redact)(Desai, Nimish) (Entered: 01/17/2024) |
| 01/17/2024 | 47 | MOTION to Appear Pro Hac Vice for Grace L. Pezzella (Fee Exempt) by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. Motion Docket Date 2/7/2024. (Pezzella, Grace) (Additional attachment(s) added on 1/18/2024: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (JuanitaTabares, 1). (Entered: 01/17/2024) |
| 01/17/2024 | 48 | MOTION to Appear Pro Hac Vice for Daniel Brasil Becker (Fee Exempt) by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. Motion Docket Date 2/7/2024. (Becker, Daniel) (Additional attachment(s) added on 1/18/2024: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (JuanitaTabares, 1). (Entered: 01/17/2024) |
| 01/17/2024 | 49 | RESPONSE in Opposition to 44 MOTION to Expedite Motion to Transfer [ECF No. 29], filed by Space Exploration Technologies Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit A–1)(Eschbach, Catherine) (Entered: 01/17/2024) |
| 01/17/2024 | 50 | PROPOSED ORDER *Denying Defendants' Motion to Expedite Briefing on Defendants' Motion to Transfer Venue* re: 49 Response in Opposition to Motion, filed.(Eschbach, Catherine) (Entered: 01/17/2024) |
| 01/18/2024 | 51 | ORDER granting 48 Motion for Daniel Brasil Becker to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 01/18/2024) |
| 01/18/2024 | 52 | ORDER granting 47 Motion for Grace L. Pezzella to Appear Pro Hac Vice **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here**.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 01/18/2024) |
| 01/18/2024 | 53 | ORDER granting 45 Motion for Leave to File Excess Pages.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 01/18/2024) |
| 01/19/2024 | 54 | REPLY *TO PLAINTIFFS OPPOSITION TO MOTION TO EXPEDITE BRIEFING ON DEFENDANTS MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C § 1406(a) AND § 1404(a)*, filed by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox. (Attachments: # 1 Continuation Certificate of Service)(Lyles, Benjamin) (Entered: 01/19/2024) |
| 01/19/2024 | 55 | CERTIFICATE OF INTERESTED PARTIES by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed.(Lyles, Benjamin) (Entered: 01/19/2024) |
| 01/19/2024 | 56 | SURREPLY to 44 MOTION to Expedite Motion to Transfer [ECF No. 29], filed by Space Exploration Technologies Corp.. (Eschbach, Catherine) (Entered: 01/19/2024) |
| 01/19/2024 | 57 | CERTIFICATE OF INTERESTED PARTIES by Space Exploration Technologies Corp., filed.(Eschbach, Catherine) (Entered: 01/19/2024) |

| | | |
|---|---|---|
| 01/26/2024 | 58 | NOTICE of Appearance by David G. Oliveira on behalf of Space Exploration Technologies Corp., filed. (Oliveira, David) (Entered: 01/26/2024) |
| 01/29/2024 | 59 | Joint MOTION for Leave to File Excess Pages by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. Motion Docket Date 2/20/2024. (Attachments: # 1 Exhibit Certificate of Service, # 2 Proposed Order)(Pezzella, Grace) (Entered: 01/29/2024) |
| 01/29/2024 | 60 | RESPONSE in Opposition to 17 MOTION to Intervene, filed by Space Exploration Technologies Corp.. (Attachments: # 1 Proposed Order)(Eschbach, Catherine) (Entered: 01/29/2024) |
| 01/30/2024 | 61 | Joint MOTION for Leave to File Excess Pages by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox, filed. Motion Docket Date 2/20/2024. (Attachments: # 1 Proposed Order, # 2 Certificate of Service)(Pezzella, Grace) (Entered: 01/30/2024) |
| 01/31/2024 | 62 | MOTION for Leave to File Amicus Curiae Brief in Support of SpaceX's Motion for Preliminary Injunction by Pacific Legal Foundation, filed. Motion Docket Date 2/21/2024. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)(Robbins, Joshua) (Entered: 01/31/2024) |
| 02/01/2024 | 63 | ORDER granting 59 Motion for Leave to File Excess Pages.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 02/01/2024) |
| 02/01/2024 | 64 | RESPONSE in Opposition to 29 MOTION OF DEFENDANTS TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) AND § 1404(a) AND BRIEF IN SUPPORT, filed by Space Exploration Technologies Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit C−A, # 5 Exhibit C−B, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Proposed Order)(Eschbach, Catherine) (Entered: 02/01/2024) |
| 02/02/2024 | 65 | REPLY to Response to 17 MOTION to Intervene, filed by Scott Beck, Paige Holland−Thielen, Deborah Lawrence, Tom Moline. (Desai, Nimish) (Entered: 02/02/2024) |
| 02/02/2024 | 66 | MOTION for Leave to File Brief of Amicus Curiae by Scott Beck, Paige Holland−Thielen, Deborah Lawrence, Tom Moline, filed. Motion Docket Date 2/23/2024. (Attachments: # 1 Exhibit Brief of Amicus Curiae, # 2 Proposed Order)(Shaver, Anne) (Entered: 02/02/2024) |
| 02/02/2024 | 67 | MOTION for Leave to File Brief of Amicus Curiae by Scott Beck, Paige Holland−Thielen, Deborah Lawrence, Tom Moline, filed. Motion Docket Date 2/23/2024. (Attachments: # 1 Exhibit Brief of Amicus Curiae in Opposition to Preliminary Injunction, # 2 Proposed Order)(Shaver, Anne) (Entered: 02/02/2024) |
| 02/02/2024 | 68 | RESPONSE to 46 MOTION for Protective Order, 35 MOTION to Seal AND TO FILE REDACTED PUBLIC COPY AND BRIEF IN SUPPORT , filed by Space Exploration Technologies Corp.. (Eschbach, Catherine) (Entered: 02/02/2024) |
| 02/02/2024 | 69 | RESPONSE in Opposition to 37 MOTION for Preliminary Injunction, filed by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox. (Attachments: # 1 Proposed Order Proposed Order)(Boehm, David) (Entered: 02/02/2024) |
| 02/05/2024 | 70 | Corrected MOTION for Leave to File Brief as Amicus Curiae by Scott Beck, Paige Holland−Thielen, Deborah Lawrence, Tom Moline, filed. Motion Docket Date 2/26/2024. (Attachments: # 1 Exhibit Brief of Amicus Curiae ISO Motion to Transfer Venue, # 2 Proposed Order)(Shaver, Anne) (Entered: 02/05/2024) |
| 02/05/2024 | 71 | Corrected MOTION for Leave to File Brief as Amicus Curiae by Scott Beck, Paige Holland−Thielen, Deborah Lawrence, Tom Moline, filed. Motion Docket Date 2/26/2024. (Attachments: # 1 Exhibit Brief of Amicus Curiae In Opposition to Preliminary Injunction, # 2 |

| | | |
|---|---|---|
| | | Proposed Order)(Shaver, Anne) (Entered: 02/05/2024) |
| 02/06/2024 | 72 | ORDER granting 70 Motion for Leave to File Motion to Transfer Venue..(Signed by Judge Rolando Olvera) Parties notified.(DahlilaRodriguez, 1) (Entered: 02/06/2024) |
| 02/06/2024 | 73 | Brief of Charging Parties as Amici Curiae in Support of Defendant's Motion to Transfer Venue, filed.(DahlilaRodriguez, 1) (Entered: 02/06/2024) |
| 02/06/2024 | 74 | ORDER granting 71 Motion for Leave to File a brief in support of the opposition to preliminary injunction filed by Defendant's. (Signed by Judge Rolando Olvera) Parties notified.(DahlilaRodriguez, 1) (Entered: 02/06/2024) |
| 02/06/2024 | 75 | Brief of Charging Parties as Amici Curiae in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction, filed.(DahlilaRodriguez, 1) (Entered: 02/06/2024) |
| 02/07/2024 | 76 | ORDER denying 44 Motion to Expedite.(Signed by Judge Rolando Olvera) Parties notified.(DorinaReyna, 1) (Entered: 02/07/2024) |
| 02/12/2024 | 77 | REPLY in Support of 35 MOTION to Seal AND TO FILE REDACTED PUBLIC COPY AND BRIEF IN SUPPORT, filed by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty. (Pezzella, Grace) (Entered: 02/12/2024) |
| 02/12/2024 | 78 | REPLY in Support of 29 MOTION OF DEFENDANTS TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) AND § 1404(a) AND BRIEF IN SUPPORT, filed by Jennifer Abruzzo, John Doe, Marvin E Kaplan, Lauren M McFerran, National Labor Relations Board, David M Prouty, Gwynne A Wilcox. (Attachments: # 1 Exhibit Exhibit A – Redacted ULP Answer, # 2 Exhibit Exhibit B – Google Maps)(Boehm, David) (Entered: 02/12/2024) |
| 02/12/2024 | 79 | REPLY in Support of 37 MOTION for Preliminary Injunction, filed by Space Exploration Technologies Corp.. (Attachments: # 1 Exhibit A – Johnson Declaration, # 2 Exhibit A−1)(Eschbach, Catherine) (Entered: 02/12/2024) |
| 02/15/2024 | 80 | ORDER granting 62 Motion for Leave to File.(Signed by Judge Rolando Olvera) Parties notified.(BerthaVasquez, 1) (Entered: 02/15/2024) |
| 02/15/2024 | 81 | BRIEF in Support re: 37 MOTION for Preliminary Injunction by Pacific Legal Foundation, filed.(BerthaVasquez, 1) (Entered: 02/15/2024) |
| 02/15/2024 | 82 | ORDER granting 29 Motion OF DEFENDANTS TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) AND § 1404(a) AND BRIEF IN SUPPORT. It is ORDEREDthat this case be transferred to the Central District of California pursuant to 28 U.S.C. 1406(a).(Signed by Judge Rolando Olvera) Parties notified.(BerthaVasquez, 1) (Entered: 02/15/2024) |
| 02/15/2024 |  | Interdistrict transfer to Central District of California. Case transferred electronically. Case terminated on 2/15/2024, filed. (BerthaVasquez, 1) (Entered: 02/15/2024) |