Name and address:
DAVID P. BOEHM
NATIONAL LABOR RELATIONS BOARD
Contempt, Compliance and Special Litigation Branch
1015 Half Street, S.E., Floor 4
Washington, D.C. 20003

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>Plaintiff(s),<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:24-cv-01352-CBM-AGR<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Boehm, David P
*Applicant's Name (Last Name, First Name & Middle Initial)*   *check here if federal government attorney* ☑

National Labor Relations Board, Contempt, Compliance, and Special Litigation Branch
*Firm/Agency Name*

1015 Half Street, S.E.                      (202) 273-4202              (202) 273-4244
Floor 4                                     *Telephone Number*          *Fax Number*
*Street Address*

Washington, D.C. 20003                      david.boehm@nlrb.gov
*City, State, Zip Code*                     *E-mail Address*

**I have been retained to represent the following parties:**

All Defendants, See Sec. IV below.    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

_____                ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia Court of Appeals | 8/16/2016 | Yes |
| D.D.C. | 6/4/2018 | Yes |
| N.D. Ill. | 8/10/2018 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[                                                                          ]

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated February 26, 2024

David P. Boehm
*Applicant's Name (please type or print)*

s/David P Boehm
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Ta, Lynn

*Designee's Name (Last Name, First Name & Middle Initial)*

National Labor Relations Board, Region 31

*Firm/Agency Name*

11500 W. Olympic Blvd.

Suite 600

*Street Address*

Los Angeles, California 90064

*City, State, Zip Code*

(310) 307-7317

*Telephone Number*

(310) 235-7420

*Fax Number*

lynn.ta@nlrb.gov

*Email Address*

279991

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated   February 26, 2024

Lynn Ta

*Designee's Name (please type or print)*

/s/ Lynn Ta

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Admitted Courts:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| 1st Cir. | 7/25/2022 | Yes |
| 2nd Cir. | 12/25/2022 | Yes |
| 5th Cir. | 11/1/2016 | Yes |
| D.C. Cir. | 5/10/2023 | Yes |
| Sup. Ct. of the U.S. | 2/22/2021 | Yes |

Parties Represented:

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency,

JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board

LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board

MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board

JOHN DOE (now identified as SHARON STECKLER) in her official capacity as an Administrative Law Judge of the National Labor Relations Board