# VIRGINIA STATE BAR

# CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JOSHUA MARTIN ROBBINS** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  MR. ROBBINS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 20, 2016**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued February 5, 2024

*DaVida M. Davis*
DaVida M. Davis
**Director of Regulatory Compliance**