Joshua M. Robbins
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.<br><br>v.<br><br>National Labor Relations Board, et al.<br><br>Plaintiff(s) / Defendant(s) | **CASE NUMBER**<br>2:24-cv-01352-CBM-AGR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Robbins, Joshua M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 888-6881     (916) 419-7747
*Telephone Number*    *Fax Number*

jrobbins@pacificlegal.org
*E-Mail Address*

of

Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Pacific Legal Foundation

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Amicus Curiae

**and designating as Local Counsel**

Talcott, Jeremy
*Designee's Name (Last Name, First Name & Middle Initial)*

311490     (916) 419-7111     (916)-419-7747
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jtalcott@pacificlegal.org
*E-Mail Address*

of

Pacific Legal Foundation
3217 Topaz Lane
Fullerton, CA 92831

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**