| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Harry I. Johnson III (SBN 200257)<br>2049 Century Park East<br>Suite 700 |
| 3 | Los Angeles, CA 90067<br>Tel:   + 1.310.907.1000 |
| 4 | Fax:  + 1.310.907.1001<br>Email:  harry.johnson@morganlewis.com |
| 5 | |
| 6 | |
| 7 | Attorneys for Plaintiff<br>SPACE EXPLORATION TECHNOLOGIES |
| 8 | CORP. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | Case No. 2:24-cv-01352-CBM-AGR |
| Plaintiff, | **PLAINTIFF SPACEX'S NOTICE OF SOUTHERN DISTRICT OF TEXAS ORDER REQUESTING RETURN OF TRANSFERRED CASE** |
| v. | |
| NATIONAL LABOR RELATIONS BOARD, et al., | |
| Defendants. | |

## PLAINTIFF SPACEX'S NOTICE OF SOUTHERN DISTRICT OF TEXAS ORDER

This Court held that it "lacks jurisdiction over this action" because the Fifth Circuit stayed the transfer on February 19, 2024, before the case was docketed in the Central District of California. *See* Dkt. No. 103. As a result, this Court stated that it "shall return this action to the Southern District of Texas upon receipt of the request to return the case from the Southern District of Texas as ordered by the Fifth Circuit." *Id.* at 2. Today, the Southern District of Texas issued an order requesting the return of this case. Order, *Space Exploration Technologies Corp. v. NLRB*, 1:24-cv-1, Dkt. No. 85 (March 1, 2024). Because that order does not appear to have been made available to this Court, Plaintiff respectfully gives notice of the order and

1 | submits a copy as Exhibit A.

2 | Dated:  March 1, 2024                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Harry I. Johnson III*
      Harry I. Johnson III

Attorneys for Plaintiff
Space Exploration Technologies Corp.