# Exhibit A

United States District Court
Southern District of Texas
**ENTERED**
March 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD ET AL., <br> Defendants. | § § § § § § § § § § § | Civil Action No. 1:24-cv-00001 |

## ORDER REQUESTING RETURN OF TRANSFERRED CASE

On February 15, 2024, the Court ordered that this case be transferred to the Central District of California. Dkt. No. 82. Plaintiff filed an "Emergency Petition for Writ of Mandamus" with the Fifth Circuit, and in the Fifth Circuit's subsequent "Unpublished Order," it directed that this Court request that the case be returned from the Central District of California. *See* Unpublished Order, *In re Space Exploration Technologies, Corporation*, No. 24-40103 (5th Cir. Feb. 26, 2024). On February 27, 2024, the Central District of California issued an order confirming that it will "return this action to the Southern District of Texas upon receipt of the request to return the case from the Southern District of Texas as ordered by the Fifth Circuit." In Chambers Order, *SpaceX v. NLRB*, No. 2:24-cv-01352-CBM-AGR, No. 103 (C.D. Cal. Feb. 27, 2024).

Pursuant to the Fifth Circuit's order, this Court **REQUESTS** that the Central District of California return this transferred case to the Southern District of Texas.

Signed on this \_\_\_1st\_\_\_ day of \_\_\_March\_\_\_, 2024.

_____
Rolando Olvera
United States District Judge