UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                                      **JS-6**

| Case No. | **CV 24-1352-CBM(AGRx)** | | Date | MARCH 4, 2024 |
|---|---|---|---|---|

| Title | Space Exploration Technologies Corp. v. National Labor Relations Board et al |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and pursuant to the Notice of the Southern District of Texas Order requesting return of the transferred case [105], this case is hereby ordered returned and transferred to the Southern District of Texas as ordered by the Fifth Circuit.

IT IS SO ORDERED.

cc: all parties

---

CV-90                              **CIVIL MINUTES - GENERAL**                     Initials of Deputy Clerk ys