Joshua M. Robbins
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.<br><br>v.<br><br>National Labor Relations Board, et al.<br><br>Plaintiff(s) / Defendant(s) | CASE NUMBER<br>2:24-cv-01352-CBM-AGR<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Robbins, Joshua M.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 888-6881  (916) 419-7747
*Telephone Number  Fax Number*
jrobbins@pacificlegal.org
*E-Mail Address*

of Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Pacific Legal Foundation

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Amicus Curiae

and designating as Local Counsel

Talcott, Jeremy
*Designee's Name (Last Name, First Name & Middle Initial)*
311490  (916) 419-7111  (916)-419-7747
*Designee's Cal. Bar No.  Telephone Number  Fax Number*
jtalcott@pacificlegal.org
*E-Mail Address*

of Pacific Legal Foundation
3217 Topaz Lane
Fullerton, CA 92831
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

Dated: 2/29/24     /s/District Judge Consuelo B. Marshall
                   **U.S. District Judge**