**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 2 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

NEOPOST
03/06/2024
US POSTAGE $001

CV

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY  mmc   DEPUTY

2:24 CV 1352 - CBM

-R-T-S- 941105009-1N  03/18/24
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Case: 2:24cv1352   Doc: 107

Laurie Burgess
Burgess Law Offices
498 Utah Street
San Francisco, CA 94110

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37503473@cacd.uscourts.gov>Subject:Activity in Case 2:24-cv-01352-CBM-AGR Space Exploration Technologies Corp. v. National Labor Relations Board et al Order on Motion to Appear Pro Hac Vice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/5/2024 at 2:03 PM PST and filed on 2/29/2024

| | |
|---|---|
| **Case Name:** | Space Exploration Technologies Corp. v. National Labor Relations Board et al |
| **Case Number:** | 2:24-cv-01352-CBM-AGR |
| **Filer:** | |

**WARNING: CASE CLOSED on 03/04/2024**

| | |
|---|---|
| **Document Number:** | 107 |

**Docket Text:**
**ORDER by Judge Consuelo B. Marshall: GRANTING [99] Non-Resident Attorney Joshua M. Robbins APPLICATION to Appear Pro Hac Vice on behalf of Amicus, Pacific Legal Foundation, designating Jeremy Talcott as local counsel. (shb)**

**2:24-cv-01352-CBM-AGR Notice has been electronically mailed to:**
Catherine Lynn Eschbach     catherine.eschbach@morganlewis.com
Harry I. Johnson     ecf-597225d7d7a4@ecf.pacerpro.com, harry.johnson@morganlewis.com, cccalendardepartment@morganlewis.com, joyce.mccosco@morganlewis.com, amanda.salz@morganlewis.com
Joshua Martin Robbins     jrobbins@pacificlegal.org
Anne B. Shaver     anne-shaver-6296@ecf.pacerpro.com, ashaver@lchb.com
Nimish R Desai     nimish-desai-3478@ecf.pacerpro.com, ndesai@lchb.com
Daniel Brasil Becker     daniel.becker@nlrb.gov
Grace L Pezzella     grace.pezzella@nlrb.gov
Benjamin Storey Lyles     benjamin.lyles@usdoj.gov
David P Boehm     david.boehm@nlrb.gov
David George Oliveira     doliveira@rofllp.com
Michael E Kenneally     michael.kenneally@morganlewis.com

Lynn Ta     lynn.ta@nlrb.gov
Jeremy Brennan Talcott     incominglit@pacificlegal.org, csears@pacificlegal.org, jtalcott@pacificlegal.org, tdyer@pacificlegal.org
Amanda L. Salz     amanda.salz@morganlewis.com
**2:24-cv-01352-CBM-AGR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Laurie Burgess
Burgess Law Offices
498 Utah Street
San Francisco CA 94110
USA